**SO ORDERED.**

**SIGNED this 3rd day of December, 2018.**

_____
BENJAMIN A. KAHN
UNITED STATES BANKRUPTCY JUDGE



IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

| | |
|---|---|
| IN RE: | |
| SSI LIQUIDATION, INC., | CASE NO.:  16-80558 |
| Debtor | CHAPTER 7 |
| JAMES B. ANGELL, CHAPTER 7 TRUSTEE FOR SSI LIQUIDATION, INC., | ADVERSARY PROCEEDING NO.: 18-09023 |
| Plaintiff, | |
| v. | |
| CARRBORO CAPITAL CORPORATION, LLC and TRYON CAPITAL VENTURES, LLC, | |
| Defendants. | |

**ORDER GRANTING MOTION FOR APPROVAL OF
COMPROMISE AND SETTLEMENT**

THIS MATTER comes before the Court upon the Motion for Approval of a Compromise and Settlement with Carrboro Capital Corporation, LLC (Doc. #8) (the "Motion") filed by James B. Angell ("Trustee"), Chapter 7 Trustee for SSI Liquidation, Inc., pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure.  Notice of the Motion (Doc. #10) was issued on

November 8, 2018 with a deadline of November 24, 2018 within which to file objections. No objections have been filed, and after considering the matters set forth in the Motion and the official file, and for good and sufficient reasons appearing,

IT IS HEREBY ORDERED that the compromise and settlement reached between the Carrboro Capital Corporation, LLC is approved. The Settlement Payment of Twenty Thousand Four Hundred Forty-Nine and 80/100 Dollars ($20,449.80) presently being held in the trust account of James B. Angell, Chapter 7 Trustee for SSI Liquidation, Inc. shall be released to the bankruptcy estate.

Upon the Trustee's deposit of the Settlement Payment, Carrboro Capital Corporation, LLC shall be released from all claims, demands, accounts, duties, damages, losses, expenses, costs, debts, obligations, causes of action and remedies therefor, choses in action, rights of indemnity and liability of any kind or nature whatsoever, whether known or unknown, suspected or unsuspected, which the Trustee may have, may have had, or might have had against Carrboro Capital Corporation, LLC.

END OF DOCUMENT

Parties to be served:

William P. Miller
Bankruptcy Administrator
*Served via cm/ecf*

John Paul H. Cournoyer
Northern Blue, LLP
*Served via cm/ecf*

George F. Sanderson, III
Ellis & Winters
*Served via cm/ecf*
*Attorney for Defendants*

Carrboro Capital Corporation, LLC
Attn: W. Clay Hamner
301 Laurel Hill Rd.
Chapel Hill, NC 27514-4328

Charles M. Ivey, III
Ivey, McClellan, Gatton & Siegmund, LLP
*Served via cm/ecf*

James B. Angell
Chapter 7 Trustee
*Served via cm/ecf*